UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| GARY CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:13-cv-00064 |
| v. | ) |
| | ) Judge Sharp |
| W.B. MELTON, in his official | ) Magistrate Judge Knowles |
| And individual capacities, and | ) |
| SHANNON HARVEY, in her official | ) |
| and individual capacities, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pending before the Court is a Report and Recommendation ("R & R") of the Magistrate Judge, recommending that Plaintiff's *Motion for Summary Judgment* (Docket Entry No. 15) be denied. No objections were made to the R & R.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b). Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R.

Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket Entry No. 47) is hereby ACCEPTED and APPROVED; and

(2) Plaintiff's *Motion for Summary Judgment* (Docket Entry No. 15) is hereby DENIED.

1

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE