# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| GARY CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 2:13-cv-00064 |
| v. | ) |
| | ) Judge Sharp |
| W.B. MELTON, in his official | ) Magistrate Judge Knowles |
| And individual capacities, and | ) |
| SHANNON HARVEY, in her official | ) |
| and individual capacities, | ) |
| | ) |
| Defendants. | ) |

# ORDER

Pending before the Court is an exhaustive thirty-one page Report and Recommendation ("R & R") of the Magistrate Judge, recommending that *Defendants' Motion for Summary Judgment* (Docket Entry No. 31) be granted and the case be dismissed with prejudice. The R & R provides, in part,

> Plaintiff has failed to demonstrate that Defendants violated his constitutional rights. Absent such a violation, Plaintiff cannot sustain his constitutional claims and Defendants are entitled to a judgment as a matter of law.

(Docket Entry No. 54 at 30). No objections were made to the R & R.

Where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." Fed. R. Civ. P. 72(b). Having thoroughly reviewed the record in this case and the applicable law in accordance with Rule 72(b), the Court will accept the R & R.

1

Accordingly, the Court hereby rules as follows:

(1)  The Report and Recommendation (Docket Entry No. 54) is hereby ACCEPTED and APPROVED;

(2)  *Defendants' Motion for Summary Judgment* (Docket Entry No. 31) is hereby GRANTED;

(3)  All other pending motions (Docket Entry Nos. 22 and 27) are hereby DENIED as moot; and

(4) This case is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

**It is SO ORDERED.**

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE